# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTONIO RUSSELL,** ) | |
| **AIS # 185676,** ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:19-01025-JB-N** |
| ) | |
| **CYNTHIA STEWART,** *Warden,* ) | |
| *et al.*, ) | |
|    Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 31) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated September 30, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's compliant (Doc. 10) be **DISMISSED without prejudice** for failure to prosecute. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 21st day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE